DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID R. MANSET,**
Appellant,

v.

**BROWARD COUNTY SCHOOL BOARD,**
Appellee.

No. 4D22-0703

[May 4, 2023]

Appeal from the State of Florida, Division of Administrative Hearings and the School Board of Broward County; L.T. Case No. DOAH20-3492TTS.

Robert F. McKee and Brittany M. Fox of Robert F. McKee, P.A. Tampa, for appellant.

Elizabeth W. Neiberger and Denise M. Heekin of Bryan Miller Olive P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***